UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BRODERICK SCOTT** | **CIVIL ACTION NO. 24-1431** |
| **VS.** | **SECTION P** |
| | **JUDGE JERRY EDWARDS, JR.** |
| **JOHNNY HEDGEMON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 19), together with the written objection thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Broderick Scott's Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Respondent Johnny Hedgemon's motion to dismiss, (Doc. 14), is **DENIED AS MOOT**.

ALEXANDRIA, LOUISIANA, this 10th day of March, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE